WILEY MALEHORN SIROTA & RAYNES
250 MADISON AVENUE
MORRISTOWN, NEW JERSEY 07960
(973) 539-1313

Attorneys for Defendants,
Township of Pohatcong, and
Robert N. Paulus, Jr.

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

ORION GRAY                                       Civil Action No.: 08-5893(JAP)

           Plaintiff,

v.

TOWNSHIP OF POHATCONG,                           **NOTICE OF MOTION TO**
FRANCESCO PAGANO, ROBERT N.                      **DISMISS PLAINTIFF'S**
PAULUS, JR., and JOHN DOES 1-5                   **COMPLAINT PURSUANT TO**
                                                 **FED.R.CIV.P. 12(b)(6)**

           Defendants.

---

TO:    Frank L. Corrado, Esq.
       Joshua A. Donahue, Esq.
       Barry, Corrado, Grassi & Gibson, P.C.
       2700 Pacific Avenue
       Wildwood, NJ 08260
       (Attorneys for Plaintiff)

       Thomas Keenan, Esq.
       McCarthy & Jennerich
       47 Orient Way
       Rutherford, NJ 07070
       (Attorney for Co-Defendant Francesco Pagano)

    **PLEASE TAKE NOTICE** that the undersigned, Wiley Malehorn Sirota & Raynes, attorneys for the Defendants, Township of Pohatcong and Robert N. Paulus, Jr., will move before the

Honorable Joel A. Pisano, U.S.D.J., United States District Court, District of New Jersey, Clarkson S. Fischer Federal Bldg. & U.S. Courthouse, 402 East State Street, Trenton, New Jersey 08608, on March 16, 2009, at 9:00 in the forenoon for the Court's entry of an Order dismissing Plaintiff's complaint pursuant to Fed.R.Civ.P. 12(b)(6) for failure to state a claim upon which relief can be granted.

**PLEASE TAKE FURTHER NOTICE** that the Defendants shall rely upon the Defendants' Brief and the Certification of Counsel.

A proposed form of order is annexed.

                        WILEY MALEHORN SIROTA & RAYNES
                        Attorneys for Defendants,
                        Township of Pohatcong, and
                        Robert N. Paulus, Jr.

                    By: /s James M. McCreedy
                          James M. McCreedy
                          jmccreedy@wmands.com

Dated:     February 12, 2009