WILEY MALEHORN SIROTA & RAYNES
250 MADISON AVENUE
MORRISTOWN, NEW JERSEY 07960
(973) 539-1313

Attorneys for Defendants,
Township of Pohatcong, and
Robert N. Paulus, Jr.

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

| | |
|---|---|
| ORION GRAY | Civil Action No.:08-5893(JAP) |
| Plaintiff, | |
| v. | **CERTIFICATION OF** |
| TOWNSHIP OF POHATCONG, | **JAMES M. MCCREEDY, ESQ.** |
| FRANCESCO PAGANO, ROBERT N. | **IN SUPPORT OF** |
| PAULUS, JR., and JOHN DOES 1-5 | **DEFENDANTS' MOTION** |
| | **TO DISMISS PLAINTIFF'S** |
| Defendants. | **COMPLAINT** |

---

I, James M. McCreedy, of full age, do hereby certify as follows:

1. I am an attorney of the State of New Jersey. Our firm represents Defendants, Township of Pohatcong and Robert N. Paulus, Jr. in this matter. I make this certification in support of Defendants' motion to dismiss the Plaintiff's Complaint.

2. Attached hereto as Exhibit A is a true copy of Plaintiff's Complaint.

1

3. Attached hereto as Exhibit B is a true copy of documentation regarding the outstanding arrest warrant for Plaintiff Gray forwarded to us by the Pohatcong Police Department.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

By: /s James M. McCreedy
      James M. McCreedy

Dated:    February 12, 2009